UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>Plaintiff,<br>-vs-<br><br>EQUITY HOMES, INC., FAIR HOUSING OF THE DAKOTAS, AND THE UNITED STATES OF AMERICA (DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT),<br><br>Defendants. | Civ. 10-4067<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA (DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT) WITHOUT PREJUDICE |

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto, by the undersigned, their attorneys of record (who by their signatures hereto warrant and certify their authority to enter into this Stipulation) that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Defendant United States of America (Department of Housing and Urban Development) may be dismissed from the above-entitled action without prejudice, without further notice to any party thereto, and without taxation of costs.

```
                              RICHARDSON, WYLY, WISE, SAUCK
                                & HIEB, LLP


Dated: 10-5-10            By _____
                              Attorneys for Plaintiff

                          One Court Street
                          Post Office Box 1030
                          Aberdeen, SD  57402-1030
                          Telephone No. 605-225-6310
                          Facsimile No. 605-225-2743
                          E-mail: jhieb@rwwsh.com
                                  zpeterson@rwwsh.com
```

Dated: 10/4/10

GISLASON AND HUNTER, LLP

By _____
Attorneys for Plaintiff

701 Xenia Avenue South
Suite 500
Golden Valley, MN 55416
Telephone No. 952-933-9900
E-mail: ttobin@gislason.com

3

MOORE, RASMUSSEN, KADING & KUNSTLE

Dated: 09/22/10

By: _____
Attorneys for Defendant
Equity Homes, Inc.

2415 West 5th Street
Post Office Box 2618
Sioux Falls, SD  57101-2618
Telephone No. (605) 336-1730
Facsimile No. (605) 336-6599
E-mail: samiotte@mrkklaw.com

4

MEIERHENRY, SARGENT, LLP

Dated: 10/1/10

By _____
Attorneys for Defendant Fair
Housing of the Dakotas, Inc.

315 South Phillips Avenue
Sioux Falls, SD  57104
Telephone No. 605-336-3075
Facsimile No. 605-336-2593
E-mail: patrick@meierhenrylaw.com

U.S. ATTORNEY'S OFFICE

Dated: 9/20/10          By _____
                            Attorneys for Defendant United
                            States of America (Depart. of
                            Housing and Urban Development

Post Office Box 2638
Sioux Falls, SD  57101-2638
Telephone No. 1-605-330-4400
Facsimile No. 1-605-330-4402
E-mail: jan.holmgren@usdoj.gov