UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * | Civ. 10-4067 |
| | * | |
| Plaintiff, | * | |
| -vs- | * | |
| | * | |
| EQUITY HOMES, INC., FAIR | * | **STIPULATION FOR DISMISSAL** |
| HOUSING OF THE DAKOTAS, AND | * | **WITHOUT PREJUDICE** |
| THE UNITED STATES OF AMERICA | * | |
| (DEPARTMENT OF HOUSING AND | * | |
| URBAN DEVELOPMENT), | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendants through their respective counsel that Plaintiff's claims against Defendants in the above-entitled action, including all cross-claims, counterclaims and third-party claims, may be and hereby are dismissed without prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal without prejudice to be entered herein.

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: /-16-12

By _____
Attorneys for Plaintiff

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
Facsimile No. 605-225-2743
E-mail: zpeterson@rwwsh.com

MOORE, RASMUSSEN, KADING
& KUNSTLE, LLP

Dated: _12 - 22-11_         By_____
                            Attorneys for Defendant Equity
                            Homes, Inc.

2415 West 57th Street
Post Office Box 2618
Sioux Falls, SD  57101-2618
Telephone No. 605-336-1730
Facsimile No. 605-336-6599
e-mail: wkunstle@mrkklaw.com


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

MEIERHENRY SARGENT, LLP

Dated: ___1/10/12___       By_____
                                Attorneys for Defendant Fair
                                Housing of the Dakotas

315 South Phillips Avenue
Sioux Falls, SD  57104
Telephone No. 605-336-3075
Facsimile No. 605-336-2593
e-mail: patrick@meierhenrylaw.com

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]