UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | Civ. 10-4067-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | JUDGMENT |
| EQUITY HOMES, INC., and FAIR HOUSING OF THE DAKOTAS, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal Without Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed without prejudice and without costs to any party.

Dated January 17, 2012.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE